IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN J. BONTTY,

    Plaintiff,                                No. CIV S-10-2613 EFB P

    vs.

LUNCH SUPPLIES, et al.,

    Defendants.                         ORDER

_____/

       Plaintiff, a prisoner without counsel, has filed a civil complaint. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). As plaintiff is aware, section 1915(a)(2) states that "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." The court has previously informed plaintiff that he has not submitted a certified copy of his trust account statement or the institutional equivalent and that he may comply with this requirement by having prison officials complete the "Certificate" portion of the form application for leave to proceed *in forma pauperis*. The court will grant plaintiff one final opportunity to submit the required trust account statement.

1

1       Accordingly, plaintiff has 30 days from the date this order is served to submit the
2  required trust account statement.  Failure to comply with this order will result in a
3  recommendation that this action be dismissed.  The Clerk of the court is directed to send to
4  plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.
5       So ordered.
6  DATED: January 4, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE