IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN J. BONTTY,

        Plaintiff,                    No. CIV S-10-2613 WBS EFB P

    vs.

LUNCH SUPPLIES, et al.,

        Defendants.             <u>ORDER</u>

_____/

        This civil rights action was closed on April 6, 2011, (Dckt. No. 17). On April 30, 2012, plaintiff filed an amended complaint (Dckt. No. 19). The court takes no action on plaintiff's filing as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

        So ordered.

DATED: May 8, 2012.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE